**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BUFFALO RIVER WATERSHED ALLIANCE, INC.**                                          **PLAINTIFF**

VS.                         CASE NO. 4:16-CV-00607 JM

**C & H HOG FARM, INC.;**
**ARKANSAS DEPARTMENT OF**
**ENVIRONMENTAL QUALITY;**
**and BECKY KEOGH, Director,**
**Arkansas Department of Environmental Quality**                                    **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Pending is Plaintiff's motion for an Order of Dismissal. (Docket #2). The motion is GRANTED. Plaintiff's complaint is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of September, 2016.

_____
James M. Moody Jr.
United States District Judge